SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**SCOTT M. KERIN, OSB # 965128**
Assistant United States Attorney
Scott.Kerin@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-mj-00026 |
| v. | **GOVERNMENT'S MOTION TO DISMISS CRIMINAL COMPLAINT WITHOUT PREJUDICE** |
| CARLOS IVAN ALVARES-ARCHAGA, | |
| Defendant. | Rule 48(a) Fed. R. Crim. P. |

The United States of America hereby moves the court, pursuant to Rule 48(a), Fed. R. Crim. P., for an Order dismissing the Criminal Complaint in the above captioned matter filed on February 14, 2026, without prejudice.

Dated: March 9, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Scott M. Kerin*
**SCOTT M. KERIN, OSB # 965128**
Assistant United States Attorney